UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Elizabeth Caymares, | : | Case No. 5:23-02305-MJC |
| Debtor. | : | |

| | | |
|---|---|---|
| Caterpillar Financial Services Corporation, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adversary Proceeding |
| | : | No. 5:24-00035-MJC |
| Elizabeth Caymares, | : | |
| Defendant. | : | |

## ORDER DIRECTING PLAINTIFF TO FILE RULE 7008 STATEMENT

Pursuant to Federal Bankruptcy Rules 7008 and 7012(b), the parties are required to state in their pleadings whether they consent to final adjudication by the Bankruptcy Court. *See* Fed. R. Bankr. P. 7008 ("In an adversary proceeding before a bankruptcy court, the complaint ... shall contain a statement that the pleader does or does not consent to entry of final orders or judgment by the bankruptcy court."); Fed. R. Bankr. P. 7012(b) ("Rule 12(b)-(i) F.R.Civ.P. applies in adversary proceedings. A responsive pleading shall include a statement that the party does or does not consent to entry of final orders or judgment by the bankruptcy court.").

Plaintiff filed its Complaint on June 21, 2024; however, the Complaint does <u>not</u> contain a Rule 7008 statement. It is therefore,

**ORDERED** that **on or before July 26, 2024**, Plaintiff shall file a separate statement indicating whether Plaintiff does or does not consent to entry of final orders or judgment by the Bankruptcy Court.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 12, 2024