# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Elizabeth Caymares,<br><br>*Debtor.* | Case No. 5:23-bk-02305-MJC<br>Chapter 13 |
| Caterpillar Financial Services Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>Elizabeth Caymares,<br><br>*Defendant.* | Adversary No. 5:24-ap-00035-MJC |

## Certificate of Concurrence

I hereby certify that on July 18, 2024, I contacted the attorney for the Plaintiff and received their concurrence to extend the time for responding to the complaint until August 7, 2024.

Date: July 24, 2024

CIBIK LAW, P.C.
*Attorney for the Defendant*

By: _____

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com