UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Elizabeth Caymares, *Debtor*. | Case No. 5:23-bk-02305-MJC<br>Chapter 13 |
| Caterpillar Financial Services Corporation, *Plaintiff,*<br>v.<br>Elizabeth Caymares, *Defendant.* | Adversary No. 5:24-ap-00035-MJC |

## ORDER

Upon consideration of the Defendant's Motion to Extend Time to File Answer or Motion, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The time for the Defendant to submit a motion or answer to the complaint to the clerk of the bankruptcy court is **EXTENDED** and must be filed on or before **August 7, 2024**.