**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Elizabeth Caymares, | Case No. 5:23-bk-02305-MJC |
| *Debtor.* | Chapter 13 |
| Caterpillar Financial Services Corporation, | Adversary No. 5:24-ap-00035-MJC |
| *Plaintiff,* | |
| v. | |
| Elizabeth Caymares, | |
| *Defendant.* | |

### Certificate of Service

I certify that on this date, I caused the Plaintiff's Motion to Extend Time to File Answer or Motion to be served on all parties on the Clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: July 24, 2024

CIBIK LAW, P.C.
*Attorney for the Defendant*

By: _____

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com