UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| Elizabeth Caymares, | Case No. 5:23-bk-02305-MJC |
| --- | --- |
| *Debtor.* | Chapter 13 |
| Caterpillar Financial Services Corporation, | Adversary No. 5:24-ap-00035-MJC |
| *Plaintiff,* | |
| v. | |
| Elizabeth Caymares, | |
| *Defendant.* | |

**ORDER**

Upon consideration of the Defendant's Motion to Extend Time to File Answer or Motion, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The time for the Defendant to submit a motion or answer to the complaint to the clerk of the bankruptcy court is **EXTENDED** and must be filed on or before **August 7, 2024**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 26, 2024