Caterpillar Financial Services Corporati,
    Plaintiff

Caymares,
    Defendant

Adv. Proc. No. 24-00035-MJC

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 29, 2024 | Form ID: pdf010 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Caterpillar Financial Services Corporation, Buchanan Ingersoll & Rooney PC, c/o Kelly M. Neal, Esq., 501 Grant Street, Suite 200, Pittsburgh, PA 15219-4413 |
| dft | | Elizabeth Caymares, 137 Dad Burnhams Rd, Pine Grove, PA 17963-8388 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Jul 29 2024 18:35:00 | D Troy Sellars, DOJ-Ust, 1501 North 6th Street, Ste Box 302, Harrisburg, PA 17102-1104 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Jul 29 2024 18:35:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jul 29 2024 18:35:00 | United States Trustee - TPA, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:

**Name**    **Email Address**

Kelly M Neal
    on behalf of Plaintiff Caterpillar Financial Services Corporation kelly.neal@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

Michael I. Assad
    on behalf of Defendant Elizabeth Caymares help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Elizabeth Caymares,<br><br>*Debtor*. | Case No. 5:23-bk-02305-MJC<br>Chapter 13 |
| Caterpillar Financial Services Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>Elizabeth Caymares,<br><br>*Defendant*. | Adversary No. 5:24-ap-00035-MJC |

**ORDER**

Upon consideration of the Defendant's Motion to Extend Time to File Answer or Motion, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The time for the Defendant to submit a motion or answer to the complaint to the clerk of the bankruptcy court is **EXTENDED** and must be filed on or before **August 7, 2024**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 26, 2024