**Subject:** FW: U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: , Case Number: 24-00035, MJC, Ref: [p-216997873]

**From:** PAMBBNC <PAMBBNC@pamb.uscourts.gov>
**Sent:** Monday, August 5, 2024 5:05 PM
**To:** PAMBml_TeamLeaders <PAMBml_TeamLeaders@pamb.uscourts.gov>; Carol Stefano <Carol_Stefano@pamb.uscourts.gov>
**Subject:** FW: U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: , Case Number: 24-00035, MJC, Ref: [p-216997873]

**From:** USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
**Sent:** Monday, August 5, 2024 5:04:24 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** PAMBBNC <PAMBBNC@pamb.uscourts.gov>
**Subject:** U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: , Case Number: 24-00035, MJC, Ref: [p-216997873]

**CAUTION - EXTERNAL:**

Notice of Returned Mail to Court - Adversary Proceeding

August 5, 2024

From: The Bankruptcy Noticing Center

Re:    Returned Mail Notice - Adversary Proceeding

In re: Caterpillar Financial Services Corporati, Plaintiff
       Caymares, Defendant
       Adv. Proc. No. 24-00035 MJC

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. This notification is being sent for appropriate processing as your court may determine.

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Elizabeth Caymares
137 Dad Burnhams Rd
Pine Grove, PA 17963-8388

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.